```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 04034
   THOMAS J WILLIAMS
   ELVINA S WILLIAMS                            CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-9955     SSN XXX-XX-9424

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 04/11/2006 and was confirmed 06/22/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 07/26/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
COOK COUNTY TREASURER      SECURED NOT I          .00           .00            .00
ONYX ACCEPTANCEO CORP      SECURED            8983.64        786.75         801.60
ONYX ACCEPTANCEO CORP      UNSECURED       NOT FILED           .00            .00
SAXON MORTGAGE             SECURED NOT I 112254.12             .00            .00
SAXON MORTGAGE             SECURED NOT I   9478.65             .00            .00
NATIONAL CAPITAL MGMT LL   SECURED           14325.00       1629.31        2694.58
NATIONAL CAPITAL MGMT LL   UNSECURED         10097.36          .00            .00
HAMMOND PATHOLOGIST        UNSECURED       NOT FILED           .00            .00
HOLY CROSS HOSPITAL        UNSECURED       NOT FILED           .00            .00
I C COLLECTION SERVICE     UNSECURED       NOT FILED           .00            .00
I C COLLECTION SERVICE     UNSECURED       NOT FILED           .00            .00
ILLINOIS DEPT OF EMPLOYM   UNSECURED       NOT FILED           .00            .00
ILL DEPT OF ECON SEC       UNSECURED           758.00          .00            .00
RECOVERY MANAGEMENT SYST   UNSECURED          2173.04          .00            .00
LITTLE COMPANY OF MARY H   UNSECURED       NOT FILED           .00            .00
MEDICAL COLLECTIONS SYST   UNSECURED       NOT FILED           .00            .00
MICHAEL REESE HOSPITAL     UNSECURED       NOT FILED           .00            .00
MICHAEL REESE HOSPITAL     UNSECURED       NOT FILED           .00            .00
MIDWEST FOOT CARE LTD      UNSECURED       NOT FILED           .00            .00
PATHOLOGY ASSOC OF CHICA   UNSECURED       NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED           907.45          .00            .00
PLAZA ASSOCIATES           UNSECURED       NOT FILED           .00            .00
RADIOLOGY IMAGING SPECIA   UNSECURED       NOT FILED           .00            .00
ROSELAND COMMUNITY HOSPA   UNSECURED       NOT FILED           .00            .00
ROSELAND COMMUNITY HOSPA   UNSECURED       NOT FILED           .00            .00
SMILES IN THE PARK DENTA   UNSECURED       NOT FILED           .00            .00
SOUTHWEST CREDIT           UNSECURED       NOT FILED           .00            .00
ST JAMES HOSPITAL & HEAL   UNSECURED       NOT FILED           .00            .00
ST JAMES HOSPITAL & HEAL   UNSECURED       NOT FILED           .00            .00
ST JAMES HOSPITAL & HEAL   UNSECURED       NOT FILED           .00            .00
ST JAMES HOSPITAL & HEAL   UNSECURED       NOT FILED           .00            .00
JAMES PHILBRICK            COST OF COLLE    1100.00            .00         1100.00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 04034 THOMAS J WILLIAMS & ELVINA S WILLIAMS
```

```
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    2,528.45                    1,719.60
TOM VAUGHN                TRUSTEE                                      488.19
DEBTOR REFUND             REFUND                                       341.10

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   9,561.13

PRIORITY                                                  .00
SECURED                                              4,596.18
    INTEREST                                         2,416.06
UNSECURED                                                 .00
ADMINISTRATIVE                                       1,719.60
TRUSTEE COMPENSATION                                   488.19
DEBTOR REFUND                                          341.10
                          ---------------     ---------------
TOTALS                    9,561.13                   9,561.13
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 10/23/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE